NOTE: Pursuant to Fed. Cir. R. 47.6, this disposition
is not citable as precedent.  It is a public record.

# United States Court of Appeals for the Federal Circuit

05-5148

ORION INTERNATIONAL TECHNOLOGIES,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee,

and

FIORE INDUSTRIES, INC.,

Defendant-Appellee.

_____

DECIDED:  June 16, 2006

_____

Before NEWMAN, LINN, and PROST, Circuit Judges.

PER CURIAM.

The government's motion to vacate and dismiss is <u>denied</u>, for a bid protest is not routinely mooted whenever the agency terminates the protested contract for convenience.

On the appeal, the decision of the Court of Federal Claims is <u>affirmed</u> on the grounds set forth in that court's opinion.